IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HOWARD R. HERSHIPS,

        Petitioner,

  v.

SANTA CLARA COUNTY SUPERIOR COURT,

        Respondent.
                                      /

No. CV-08-0992 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** As a decision on the instant federal petition would interfere with the criminal proceedings pending against petitioner in state court, the petition is hereby DISMISSED. The dismissal is without prejudice to petitioner's filing a new federal habeas petition once his state criminal proceedings are completed and he has exhausted state court remedies concerning all claims he wishes to raise in federal court.

Dated: February 27, 2008                                       Richard W. Wieking, Clerk

                                                                    By: Tracy Lucero
                                                                    Deputy Clerk