1  Howard Herships
   P.O. Box 190711
2  San Francisco, Ca 94119-0711
   415 216 8470
3

4  In Pro Se

**FILED**

FEB 2 7 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Howard Herships, | CASE No. CV-08-992 MMC |
|---|---|
| Petitioner, | DECLARATION IN SUPPORT FOR A STAY UNDER TITLE 28 U.S.C. SECTION 2251 |
| vs | |
| Santa Clara County Superior Court, | |
| Respondent. | DATE:<br>TIME:<br>COURTROOM : |

I declare as follows:

1. That I am the defendant in the criminal case brought by Santa Clara County District Attorney's Office entitled the People of the State of California vs Howard Herships in Santa Clara County Superior Court case number BB517233.

2. That I have decided to represent myself in the criminal case.

3. That I am indigent and meet all the requirements under State Law as my income is under $1,000.00 per month as I am Social Security Disability and I have do not the necessary funds to pay for a defense in this criminal case pending in Santa Clara County Superior Court.

4. That the Santa Clara County Superior Court at all times has denied any and all funding so that I can prepare my defenses in this case.

*Declaration n support of Stay*

DECLARATION IN SUPPORT

I declare as follows:

1. That I am the defendant in the criminal case and I have chosen to represent myself in the criminal case.

2. That the Santa Clara County Superior Court refuses to fund any and all defenses and which denial is based solely upon budgetary problems.

3. That as a direct result the court has stated that they are going to proceed with a Jury trial without permitting an indigent criminal defendant any access to marshal a defense at a criminal jury trial.

4. That if this court does not hold a hearing on the petitioner's request for a stay under Section 2251 of Title 28 U.S.C. that petitioner will suffer irreparable damages as petitioner's liberty interest will be placed in jeopardy without any way for petitioner to marshal a defense at trial as the respondent court has denied any all funding.

5. That I will be subjected to a jury trial without any and all means of putting on "My Defenses" due solely to a budgetary problems with the respondent Court's funding issues.

6. That a federal constitutional rights cannot be totally denied based upon funding problems as I have shown and proven to the request for a stay filed herewith.

7. That I will be severely prejudiced if I cannot receive a hearing on my request for a stay prior to the March 17, 2008 trial date.

I declare under penalty of perjury under the laws of the United States that all of the foregoing is true and correct.

Dated Feb. 27, 2008

at San Francisco, California

Howard Herships