1  Howard Herships
   P.O. Box 190711
2  San Francisco, Ca 94119-0711
   415 216 8470
3
4  In Pro Se

**FILED**

FEB 27 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Howard Herships,<br><br>    Petitioner,<br><br>vs<br><br>Santa Clara County Superior Court,<br><br>    Respondent. | CASE No. CV-08-992 MMC<br><br>EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME TO HEAR A MOTION FOR STAY PURSUANT TO SECTION 2251 OF TITLE 28 U.S.C. OF THE JURY TRIAL IN THE CRIMINAL CASE IN RESPONDENT'S COURT SET FOR MARCH 17, 2008 |

Petitioner herein moves this Court for an Ex Parte Order to set a hearing on Petitioner Motion for a Stay of the Jury Trial in respondent Court set for March 17, 2008.

This request is based upon the factual showing that respondent court has at all times denied petitioner any and all funding for his defenses at a criminal trial in the case as the attached Motion specifically points out.

The sole basis for denying funding is that the Court has budgetary problems and will not fund self represented defendants.

This denial is a total systematic denial of any all aspects of petitioner's defenses and that there is currently no way that petitioner can even obtain compulsory service of process for witnesses on his own behalf.

1  Wherefore petitioner requests that this Court set a hearing on Petitioner's Motion for Stay
2  so that petitioner will not forced to a jury trial without any opportunity to marshal a defense in the
3  criminal case currently set for March 17, 2008 in Dept. 89 of Respondent Court.
4  Dated Feb 26, 2008

*[signature]*

Howard Herships

PROOF OF PERSONAL SERVICE

I declare as follows:

I am over the age of 18 years and not a party to the within action:

That I placed a true and correct copy of the Ex parte Application for Hearing fopr Stay pursuant to Section 2251 of Tile 28 USC addressed as follows:

Office of the California Attorney General
455 Golden Gate Ave Suite 11000
San Francisco, Ca 94102

I then delivered said envelop on Feb 27, 2008 during normal business hours to the above address.

I declare under penalty of perjury under the laws of the State of California that all of the foregoing is true and correct

Dated Feb 27, 2008
at San Francisco, California

*R Carter*