IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD R. HERSHIPS,<br><br>    Petitioner,<br>v.<br>SANTA CLARA COUNTY<br>SUPERIOR COURT,<br><br>    Respondent.<br>_____ | No. C 08-0992 MMC (PR)<br><br>**ORDER DENYING MOTIONS TO STAY STATE COURT PROCEEDINGS; DENYING REQUEST FOR CERTIFICATE OF APPEALABILITY**<br><br>**(Docket Nos. 4 & 6)** |

On February 19, 2008, petitioner, a California prisoner proceeding pro se, filed the above-titled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner alleged in the petition that he was being prosecuted in state court for violating California Penal Code § 459 and was set to go to trial before a jury in the Santa Clara County Superior Court on March 17, 2008; petitioner claimed he was being denied his right to self-representation because the state court had denied him adequate funding to prepare his defense. On February 27, 2008, the Court dismissed the petition on abstention grounds because a decision on the merits of the petition would interfere with petitioner's ongoing state criminal proceedings. The dismissal was without prejudice to petitioner's filing a new federal habeas petition once his state criminal proceedings are completed and he has exhausted state court remedies concerning all claims he wishes to raise in federal court.

On the same date the Court dismissed the petition, petitioner filed a motion asking the

1  Court to stay his state court criminal proceedings until the Court had ruled on the petition.
2  As the Court had already ruled on and dismissed the petition when the request for a stay was
3  filed, petitioner's request is hereby DENIED as moot.

4  Petitioner has filed a notice of appeal and a request for a certificate of appealability
5  pursuant to 28 U.S.C. § 2253(c) and Federal Rule of Appellate Procedure 22(b). Petitioner
6  has not shown, however, "that jurists of reason would find it debatable whether the petition
7  states a valid claim of the denial of a constitutional right and that jurists of reason would find
8  it debatable whether the district court was correct in its procedural ruling." Slack v.
9  McDaniel, 529 U.S. 473, 484 (2000). Accordingly, the request for a certificate of
10 appealability is hereby DENIED.

11 The Clerk shall forward this order, along with the case file, to the United States Court
12 of Appeals for the Ninth Circuit, from which petitioner may also seek a certificate of
13 appealability. See United States v. Asrar, 116 F.3d 1268, 1270 (9th Cir. 1997).

14 This order terminates Docket Nos. 4 and 6.

15 IT IS SO ORDERED.

16 DATED: April 24, 2008

MAXINE M. CHESNEY
United States District Judge