**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

April 25, 2008

Clerk
U.S. Court of Appeals
For the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

**CASE NUMBER: CV 08-00992 MMC**

**CASE TITLE: HOWARD R HERSHIPS-v-SANTA CLARA COUNTY SUPERIOR COURT**

USCA Case Number:

Dear Sir/Madam:

     Enclosed is the Notice of Appeal in the above captioned case. Please acknowledge receipt on the enclosed copy of this letter and return it to this office.

Sincerely,

RICHARD W. WIEKING, Clerk

*[signature]*

by: Alfred Amistoso
Case Systems Administrator

cc: Counsel of Record

APPEAL, CLOSED, E-Filing, HABEAS, ProSe

# U.S. District Court
## California Northern District (San Francisco)
### CIVIL DOCKET FOR CASE #: 3:08-cv-00992-MMC
#### Internal Use Only

| | |
|---|---|
| Herships v. Santa Clara County Superior Court | Date Filed: 02/19/2008 |
| Assigned to: Hon. Maxine M. Chesney | Date Terminated: 02/27/2008 |
| Cause: 28:2241 Petition for Writ of Habeas Corpus | Jury Demand: None |
| | Nature of Suit: 530 Habeas Corpus (General) |
| | Jurisdiction: Federal Question |

**Petitioner**

**Howard R. Herships**  represented by  **Howard R. Herships**
P.O. Box 190711
San Francisco, CA 94119-0711
PRO SE

V.

**Respondent**

**Santa Clara County Superior Court**
*Department 89 Palo Alto*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/19/2008 | 1 | PETITION for Writ of Habeas Corpus (No Process) (Filing fee $ 5.00., Receipt Number 34611015932). Filed byHoward R. Herships. (aaa, Court Staff) (Filed on 2/19/2008) (Additional attachment(s) added on 2/19/2008: # 1 Civil Cover Sheet) (aaa, Court Staff). (Entered: 02/19/2008) |
| 02/19/2008 | | CASE DESIGNATED for Electronic Filing. (aaa, Court Staff) (Filed on 2/19/2008) (Entered: 02/19/2008) |
| 02/27/2008 | 2 | ORDER OF DISMISSAL. Signed by Judge Maxine M. Chesney on February 27, 2008. (mmcsec, COURT STAFF) (Filed on 2/27/2008) (Entered: 02/27/2008) |
| 02/27/2008 | 3 | CLERK'S JUDGMENT: As a decision on the instant federal petition would interfere with the criminal proceedings pending against petitioner in state court, the petition is hereby DISMISSED. The dismissal is without prejudice to petitioners filing a new federal habeas petition once his state criminal proceedings are completed and he has exhausted state |

| | | |
|---|---|---|
| | | court remedies concerning all claims he wishes to raise in federal court. (tl, COURT STAFF) (Filed on 2/27/2008) (Entered: 02/27/2008) |
| 02/27/2008 | 4 | NOTICE OF MOTION AND MOTION to Stay OF THE PENDING JURY TRIAL IN RESPONDENT COURT CASE NUMBER BB 517233 PURSUANT TO 2251 OF TITLE 28 U.S.C. filed by Howard R. Herships. (aaa, Court Staff) (Filed on 2/27/2008) (Entered: 02/29/2008) |
| 02/27/2008 | 5 | Declaration in Support of 4 MOTION to Stay filed byHoward R. Herships. (Related document(s) 4 ) (aaa, Court Staff) (Filed on 2/27/2008) (Entered: 02/29/2008) |
| 02/27/2008 | 6 | Ex Parte Application for Order Shortening Time to Hear re 4 MOTION to Stay Pursuant to Section 2251 of Title 28 U.S.C. of the Jury Trial in the Criminal Case in Respondent's Court Set for March 17, 2008 filed by Howard R. Herships. (aaa, Court Staff) (Filed on 2/27/2008) (Entered: 02/29/2008) |
| 03/11/2008 | 7 | NOTICE OF APPEAL AND REQUEST FOR A CERTIFICATE OF APPEALABILITY as to 3 Clerk's Judgment, 2 Order Dismissing Case by Howard R. Herships. (aaa, Court Staff) (Filed on 3/11/2008) Modified on 3/12/2008 (aaa, Court Staff). (Entered: 03/12/2008) |
| 04/24/2008 | 8 | ORDER DENYING 4 MOTIONS TO STAY COURT PROCEEDINGS; DENYING 6 REQUEST FOR CERTIFICATE OF APPEALABILITY. The Clerk shall forward this order, along with the case file, to the United States Court of Appeals for the Ninth Circuit, from which petitioner may also seek a certificate of appealability. IT IS SO ORDERED. Signed by Judge Maxine M. Chesney on April 24, 2008. (mmcsec, COURT STAFF) (Filed on 4/24/2008) Modified on 4/25/2008 (aaa, Court Staff). (Entered: 04/24/2008) |
| 04/25/2008 | 9 | Transmission of Cover Letter, Notice of Appeal and Docket Sheet to US Court of Appeals re 7 Notice of Appeal (aaa, Court Staff) (Filed on 4/25/2008) (Additional attachment(s) added on 4/25/2008: # 1 Transmittal Form) (aaa, Court Staff). (Entered: 04/25/2008) |
| 04/25/2008 | 10 | Copy of 7 Notice of Appeal and Docket sheet mailed to all counsel without an e-mailing address. (aaa, Court Staff) (Filed on 4/25/2008) (Entered: 04/25/2008) |
| 04/25/2008 | 11 | Certificate of Record Mailed to USCA and to all parties without an e-mailing address; re appeal 7 Notice of Appeal : (aaa, Court Staff) (Filed on 4/25/2008) (Entered: 04/25/2008) |
| 04/25/2008 | 12 | Mailed request for payment of docket fee to appellant (cc to USCA) Re 7 Notice of Appeal. (aaa, Court Staff) (Filed on 4/25/2008) (Entered: 04/25/2008) |
| 04/25/2008 | 13 | Certified and Transmitted Record on Appeal **to US Court of Appeals** re 7 Notice of Appeal. Re 8 Order (aaa, Court Staff) (Filed on 4/25/2008) (Entered: 04/25/2008) |