**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____

www.cand.uscourts.gov

Richard W. Wieking                                                General Court Number
Clerk                                                                      415.522.2000

April 25, 2008

Howard R. Herships
P.O. Box 190711
San Francisco, CA 94119-0711

SUBJECT:    Request for Payment of Docket Fee

**Title:  HOWARD R HERSHIPS -v- SANTA CLARA COUNTY SUPERIOR**
**COURT**
**Case Number:        CV 08-00992 MMC**
**Court of Appeals Number:**

**A notice of appeal was filed with this Court on 3/11/08 and the docketing fee of**

**$455.00 has not been received.  Please forward the above referenced fee to this office**

**immediately.**

**The check is to be made payable to "CLERK, U.S. DISTRICT COURT."**

**Sincerely,**

**RICHARD W. WIEKING, Clerk**

*Alfred Amistoso*

**by:  Alfred Amistoso**
**Case Systems Administrator**

**cc: U.S. Court of Appeals**