**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking							General Court Number
Clerk												415.522.2000

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
# RECORD TRANSMITTAL FORM

**Date:**

**To:**   United States Court of Appeals			( ) Check here if record is being
			For the Ninth Circuit/Records Unit				sent directly to a Judge
			95 Seventh Street
			San Francisco, CA 94103

**From:**

**DC No:** _____**C08-992 MMC**_____   **Appeal No:** _____

**Short Title:** _____**Herships v. Santa Clara County Superior Court**_____

**Composition of Record**

**Clerk's Files in   1   volumes**		(X) original		( ) certified copy

   **Bulky docs.** ___ **volumes (folders)**		docket#_____

**Reporter's**
**Transcripts   in _____ volumes**		( ) original		( ) certified copy

**Exhibits:**   in _____ envelopes		( ) under seal
			 in _____ boxes			( ) under seal

**Other:**_____
_____
_____

**(please note any documents filed under seal)**

**Acknowledgment:**_____   **Date:**_____