FILED
08 JUN -9 AM 10: 38

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Howard Herships         )
                        )
                        )
            Plaintiff,  )   CASE NO. CV 08-0992 MMC
                        )
     vs.                )   **PRISONER'S**
Santa Clara County Superior Court )   **APPLICATION TO PROCEED**
                        )   **IN FORMA PAUPERIS**
            Defendant.  )
_____)

    I, Howard Herships_____, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

    In support of this application, I provide the following information:

1.    Are you presently employed? Yes ☐  No ☑

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____  Net: _____

Employer: _____

_____

- 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.  (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  April 20, 1999 _____
5  _____
6  _____
7  2.     Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9      a.   Business, Profession or            Yes ☐  No ☑
10         self employment
11     b.   Income from stocks, bonds,         Yes ☐  No ☑
12         or royalties?
13     c.   Rent payments?                     Yes ☐  No ☑
14     d.   Pensions, annuities, or            Yes ☐  No ☑
15         life insurance payments?
16     e.   Federal or State welfare payments, Yes ☐  No ☑
17         Social Security or other govern-
18         ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____
23  3.     Are you married?                    Yes ☐  No ☑
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.     a.     List amount you contribute to your spouse's support:$ _____

- 2 -

1      b.     List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____

_____

5.     Do you own or are you buying a home?     Yes ☐  No ☑

Estimated Market Value: $_____ Amount of Mortgage: $_____

6.     Do you own an automobile?     Yes ☐  No ☑

Make _____ Year _____ Model _____

Is it financed? Yes ☐ No ☐ If so, Total due: $_____

Monthly Payment: $_____

7.     Do you have a bank account? Yes ☑ No ☐ (Do <u>not</u> include account numbers.)

Name(s) and address(es) of bank: Citi Bank San Francisco

_____

Present balance(s): $ $120.00

Do you own any cash? Yes ☐ No ☐ Amount: $_____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ☐ No ☑

_____

8.     What are your monthly expenses?

Rent: $_____ Utilities: _____

Food: $_____ Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on this Account |
|---|---|---|
| Bank America | $ 25.00 | $ 300.00 |
|  | $ | $ |
|  | $ | $ |

- 3 -

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

no
_____

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ☑ No ☐

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

Herships vs Kirsch cv-06-6644
_____

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

_____         */s/ Howard Judge*
DATE                    SIGNATURE OF APPLICANT

Case Number: CV 08-0992 MMC

- 4 -